**Order issued January 12, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00563-CV

_____

**ANGELINA GUERRERO, Appellant**

**V.**

**SILVIA SALINAS, Appellee**

---

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Case No. 444,621**

---

## MEMORANDUM ORDER

D. Patrick Smitherman has filed a motion for leave to withdraw as the attorney for appellant Angelina Guerrero. Because it does not comply with Texas Rule of Appellate Procedure 6.5(b), the motion is **denied**.

It is so ORDERED.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.

Do not publish.